UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONAI EL-SHADDAI,<br><br>    Plaintiff,<br><br>    v.<br><br>SALINAS VALLEY STATE PRISON, et al.,<br><br>    Defendants. | Case No. 24-cv-02901-NW<br><br>**ORDER OF DISMISSAL** |

On May 20, 2024, plaintiff Adonai El-Shaddai filed the instant civil rights action complaining about alleged retaliation at Salinas Valley State Prison. ECF No. 5. The Court (Illman, J.) dismissed the complaint with leave to amend, and El-Shaddai filed an amended complaint on August 26, 2024. ECF Nos. 10, 12.

On February 24, 2025, the case was reassigned to the undersigned judge. ECF No. 17. The Court's correspondence notifying El-Shaddai of the reassignment was returned as undeliverable. ECF No. 18. El-Shaddai has not provided the Court with his current address; he has not made any contact with the Court in over eight months. Pursuant to Northern District Civil Local Rule 3-11, a party proceeding without attorney representation (pro se) whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address. Civ. L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within 60 days of this return a written communication from the pro se party indicating a current address. Civ. L.R. 3-11(b); *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se

1  prisoner's complaint for failing to notify court of his change of address).

2  Accordingly, the matter is **DISMISSED** without prejudice to El-Shaddai filing a motion to
3  reopen the action. Any motion to reopen must be accompanied by a notice of his current address.
4  The Clerk shall close the file.

5  **IT IS SO ORDERED.**

6  Dated: May 6, 2025

_____
Noël Wise
United States District Judge